1  Ingrid M. Rainey (Bar No. 272649)
   ingrid@raineylawpc.com
2  Michael Tracy (Bar No. 237779)
   michael@raineylawpc.com
3  **RAINEY LAW P.C.**
   16870 West Bernardo Drive, Suite 400
4  San Diego, CA 92127
   Telephone: (949) 842-5278
5

6  Attorneys for Plaintiff,
   VICTORIA PEACOCK
7

8

9  **UNITED STATES DISTRICT COURT**

10 **EASTERN DISTRICT OF CALIFORNIA**

11

| VICTORIA PEACOCK, an individual, | Case Number: 2:24-cv-2939-JDP |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |
| LIFEHEALTH LLC, a Colorado Limited Liability Company, | Assigned for all purposes to Jeremy D. Peterson, Dept: 9 |
| Defendant. | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, **with prejudice** against the defendant LIFEHEALTH LLC pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: June 2, 2025            **Rainey Law P.C.**

By: /s/ Michael Tracy
    Ingrid M. Rainey
    Michael Tracy
    Attorneys for Plaintiff Victoria Peacock

Dated: June 2, 2025            **Kroloff, Belcher, Smart, Perry & Christopherson**

By:    /s/ Kerry L. Krueger
    Kerry L. Krueger
    Jamie M. Bossuat
    Attorneys for Defendant LIFEHEALTH LLC

Date: June 4, 2025

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE